THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN BARMORE, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Will of EMMY E. DAHLGREN, Deceased. LESLIE A. PRICE, as Administrator of the Estate of EMMY E. DAHLGREN, Deceased, Appellant; N. C. C. B. CORPORATION, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

NORTHERN NEW YORK POWER CORPORATION, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 726-A.)

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

FRANK McGOVERN, Respondent, v. CLARENCE J. WEIS, Appellant.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of HARRY M. CHAPIN, Respondent, against BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOSEPH SCANIO, Respondent, v. ERNEST A. BARTH, Appellant, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JOE UNETIC, Respondent, v. WILLIAM NIXON, Appellant. MARY UNETIC, Respondent, v. WILLIAM NIXON, Appellant. ANNA MARKUSIO, Respondent, v. WILLIAM NIXON, Appellant.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOSEPHINE K. MAYER, as Administratrix of the Estate of WILLIAM MAYER, Deceased, Respondent, v. SIEBERT MOTORS, INC., Appellant.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.